**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62194-CIV-ALTONAGA/Seltzer**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARIAN R. MAHER**,

    Respondent.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on September 17, 2018, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. The Court reminded Plaintiff of this requirement in an Order [ECF No. 4] entered on October 16, 2018. The Order stated failure to perfect service upon Defendant on or before December 16, 2018 would result "in a dismissal without prejudice and without further notice." (*Id.* 1). Plaintiff has not filed proof of service. Accordingly, it is

    **ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2018.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record